IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| OPTICAL COMMUNICATION PRODUCTS, INC., | § § § | |
| Plaintiff/Counter-Defendant, | § § | |
| v. | § § | |
| FINISAR CORPORATION, | § § | CIVIL ACTION NO. 6:11-cv-104-LED |
| Defendant/Counter-Plaintiff/ Third-Party Plaintiff, | § § § | JURY |
| v. | § § | |
| OPLINK COMMUNICATIONS, INC., | § § | |
| Third-Party Defendant. | § | |

## JOINT MOTION FOR EXTENSION OF TIME TO SUBMIT AGREED DISCOVERY ORDER

Counter-Plaintiff and Third-Party Plaintiff Finisar Corporation ("Finisar"), Plaintiff and Counter-Defendant Optical Communication Products, Inc. ("OCP") and Third-Party Defendant Oplink Communications, Inc. ("Oplink") move this Court for an extension of time to submit agreed Discovery Order.

Pursuant to this Court's June 28, 2011 order, the deadline for the parties to submit agreed Docket Control and Discovery Orders was June 28, 2011. The parties filed an agreed Docket Control Order on June 28, 2011, but due to Finisar's counsel's travel schedule, the parties have been unable to finalize an agreement on the agreed Discovery Order. The parties anticipate filing a Discovery Order this week. The parties have agreed to extend the time to submit agreed Discovery Order until July 1, 2011.

951757 v1/HN

2

The requested extension will not impact the claim construction hearing and trial dates set by the Court. Accordingly, the parties respectfully request this Court to extend the deadline to submit agreed Discovery Order until July 1, 2011.

Dated: June 28, 2011

Respectfully submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

　　　*/s/ Winstol D. Carter, Jr.*
Winstol D. Carter, Jr.
Texas Bar No. 03932950
wcarter@morganlewis.com
F. Teresa Garcia-Reyes
Texas Bar No. 24045918
tgarcia-reyes@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713.890.5000 Telephone
713.890.5001 Facsimile

ATTORNEYS FOR COUNTER-PLAINTIFF / THIRD-PARTY PLAINTIFF FINISAR CORPORATION

**COOLEY LLP**

　　　*/s/ Sarah J. Guske*
Thomas J. Friel, Jr.
tfriel@cooley.com
101 California Street, 5th Floor
San Francisco, California 94111
415.693.2000 Telephone
415.693.2222 Facsimile
Wayne O. Stacy
wstacy@cooley.com
Sarah J. Guske
sguske@cooley.com
Eamonn J. Gardner
egardner@cooley.com
380 Interlocken Crescent, Suite 900
Broomfield, Colorado 80021
720.566.4000 Telephone
720.566.4099 Facsimile
Mark T. Smith
msmith@cooley.com
3175 Hanover Street
Palo Alto, California 94304
650.843.5000 Telephone
650.849.7400 Facsimile

ATTORNEYS FOR PLAINTIFF OPTICAL COMMUNICATION PRODUCTS, INC. and THIRD-PARTY DEFENDANT OPLINK COMMUNICATIONS, INC.

## **CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 28, 2011.

                                          */s/ Sarah J. Guske*
                                          Sarah J. Guske