IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| OPTICAL COMMUNICATION PRODUCTS, INC., | § § § | |
| Plaintiff/Counter-Defendant, | § § | |
| v. | § § | |
| FINISAR CORPORATION, | § § | CIVIL ACTION NO. 6:11-cv-104-LED |
| Defendant/Counter-Plaintiff/ Third-Party Plaintiff, | § § § § | JURY |
| v. | § § | |
| OPLINK COMMUNICATIONS, INC., | § § § | |
| Third-Party Defendant. | § | |

**ORDER GRANTING JOINT MOTION FOR EXTENSION
OF TIME TO SUBMIT AGREED DISCOVERY ORDER**

After considering Counter-Plaintiff and Third-Party Plaintiff Finisar Corporation, Plaintiff and Counter-Defendant Optical Communication Products, Inc., and Third-Party Defendant Oplink Communication, Inc.'s joint motion, this Court finds that the motion should be GRANTED.

It is therefore ORDERED that Counter-Plaintiff and Third-Party Plaintiff Finisar Corporation and Plaintiff Optical Communication Products, Inc. have until July 1, 2011 to submit agreed Discovery Order.

**So ORDERED and SIGNED this 29th day of June, 2011.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

951757 v1/HN                                5